UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:17-cr-00061-MOC-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEHRMAN RENE BESS | ) | |
| ANDRE LAMONT MAY, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Dismiss the Indictment (#20). Having reviewed the Motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Motion (#20) is **GRANTED**, and the indictment in the above-captioned case is **DISMISSED**, without prejudice. The government may re-initiate the prosecutions if circumstances so warrant.

As the indictment is dismissed, the outstanding arrest warrant for defendant May based on this now-dismissed indictment is **QUASHED**.

Signed: August 7, 2017



Max O. Cogburn Jr
United States District Judge

-1-